NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


NEELAM T. UPPAL,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case Nos. 2D16-810
                                    )                    2D16-1022
WELLS FARGO BANK, N.A.,             )
                                    )          CONSOLIDATED
            Appellee.               )
_____)


Opinion filed July 6, 2018.

Appeal from the Circuit Court for Pinellas
County; Thomas Minkoff, Judge.

Neelam T. Uppal, pro se.

Kimberly S. Mello and Vitaliy Kats of
Greenberg Traurig, P.A., Tampa; Michele L.
Stocker of Greenberg Traurig, P.A., Fort
Lauderdale, for Appellee.



PER CURIAM.


            Affirmed.



SILBERMAN, LUCAS, and ATKINSON, JJ., Concur.